UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Magana, Michele | Docket No. | 0980 4:19CR06018-EFS-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michele Magana, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of March 2019, under the following conditions:

<u>Standard Condition #9</u>: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether defendant has been authorized medical marijuana under state law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Michele Magana is alleged to have consumed controlled substance Fentanyl between March 26, 2019, and May 17, 2019.

Conditions of pretrial release were reviewed with Ms. Magana on March 26, 2019. She acknowledged an understanding of her conditions which included condition number 1.

Ms. Magana released onto pretrial supervision March 25, 2019, and reported to United States Probation Officer (USPO) Leavitt on March 26, 2019. A random urine sample was collected from the defendant and sent to Alere Toxicology for testing. The defendant was referred to Merit Resource Services in Sunnyside, Washington, to secure a chemical dependency assessment and she was referred to the random urine color line testing program. The defendant was directed to begin calling the random urine color line testing program April 1, 2019, and daily thereafter, excluding weekends. During the above appointment with this officer, the defendant advised she was also going to be going through the Ideal Options clinic in Sunnyside to monitor the fentanyl levels in her system and to monitor her prescription suboxone use.

The defendant secured a chemical dependency assessment at Merit Resource Services on April 5, 2019, and was placed into level 2 intensive outpatient treatment. According to Merit Resource Services, the defendant is currently in compliance with treatment.

On the following dates, random urine samples were collected from the defendant at Merit Resource Services and returned from Alere Toxicology reflecting positive results for fentanyl:

| Date Collected | Specimen ID # | Drug ng/ml | Creatinine |
|---|---|---|---|
| 03/26/2019 | B02759929 | Fen = 11<br>NFen = 226 | 197.0 |
| 04/09/2019 | C01106994 | Fen = 9<br>NFen = 321 | 174.0 |
| 04/15/2019 | C01106993 | Fen = 15<br>NFen = 451 | 168.9 |

On May 15, 2019, this officer received a fentanyl interpretation report from Alere Toxicology Services regarding the above-noted positive urine samples. According to the Director of Toxicology: "it is my opinion that this offender used fentanyl prior to each of the collections listed: 3/26/19, 4/9/19 and 4/15/19. I base this opinion on chronic use, the presence of

Re: Magana,, Michele
May 22, 2019
Page 2

Fentanyl and its metabolite norfentanyl in the specimen collected on 3/26/29, the length of time the donor continues to test positive after the specimens collected on 3/26/19 (14 days) and 4/9/19 (6 days), the lack of significant decrease in the normalized level of drug present in the urine specimen collected on 4/9/19, the increase in the normalized level of drug present in the urine specimen collected on 4/15/19 and a normal urine elimination pattern."

On May 21, 2019, this officer met with the defendant regarding the above-noted positive urine samples. Per the defendant, the last time she consumed Fentanyl was the day she was arrested on the instant federal offense, which she stated was on or about March 20, 2019. The defendant denies any current drug use. She advised she meets with a doctor at Ideal Options weekly and since her release, the doctor has told her the Fentanyl levels were decreasing. This officer had the defendant sign a release of information for Ideal Options.

On May 22, 2019, this officer made contact with the staff nurse at Ideal Options, who sees the defendant on a weekly basis. The nurse stated it is her professional opinion the defendant is continuing to use fentanyl. The nurse provided the following information pertaining to the defendant's weekly urine samples in their office since April 3, 2019:

| Date Collected | Outcome | Levels |
|---|---|---|
| 04/03/2019 | Positive | Greater than 80 ng/mL |
| 04/09/2019 | Positive | Decreasing |
| 04/15/2019 | Positive | Less than 20 ng/mL |
| 04/17/2019 | Positive | Greater than 80 ng/mL |
| 04/22/2019 | Positive | Decreasing |
| 04/24/2019 | Negative | |
| 04/29/2019 | Negative | |
| 05/09/2019 | Positive | Greater than 80 ng/mL |

It is the opinion of the staff nurse at Ideal Options that the defendant used fentanyl on or about April 17, 2019, and May 9, 2019.

On May 22, 2019, this officer spoke with the defendant via telephone regarding the additional above information from Ideal Options. The defendant admitted that she "found a bag of Fentanyl pills at her grandmother's house and has been using on and off since her release onto pretrial."

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2019

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

PS-8

Re: Magana,, Michele
May 22, 2019
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_

Signature of Judicial Officer

5/22/2019

Date